IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Jack D. MORRIS, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 2007–7040.**

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of Jack D. Morris's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

**William A. ANDERSON, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 2007–7045.**

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of William A. Anderson's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT: